IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN F. JOHNSON, : | |
| : | CIVIL ACTION |
| Petitioner, : | NO. 13-03197 |
| : | |
| v. : | |
| : | |
| JOHN W. KERESTES, et al., : | |
| : | |
| Respondents. : | |

**ORDER**

**AND NOW**, this **29th** day of **August, 2023,** it is hereby **ORDERED** that, pursuant to 28 U.S.C. § 2253(c),[1] a certificate of appealability is **ISSUED** in this case. The court has determined that the Petitioner has made a substantial showing of the denial of a constitutional right, including regarding his arguments that his PCRA and trial counsel provided ineffective assistance.

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**

---

[1] Under Section 2253, a petitioner may not appeal the denial of his Section 2254 habeas corpus petition unless a court issues a certificate of appealability. 28 U.S.C. § 2253(c)(1). A court may issue a certificate of appealability only if "the applicant has made a substantial showing of the denial of a constitutional right" and the certificate indicates which "issues satisfy" that requirement. Id. § 2253(c)(2) & (3).