No. 23-2531

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

**KEVIN JOHNSON**
*Appellant,*

*v.*

**SUPERINTENDENT MAHONEY SCI**, *et al.,*
*Appellees.*

**APPELLANT'S NOTICE OF
PARTIAL CONCESSION**

The Commonwealth, as Appellee, submits this Notice to inform
the Court that it concedes legal errors in its accompanying brief but
disagrees with Appellant's request for this Court to grant his Petition.
As set forth in its Brief, the Commonwealth respectfully requests that
this Court remand this matter to the district court for further
proceedings.

Respectfully submitted,

_/s/ Michael Garmisa_____
Michael Garmisa
Assistant District Attorney
Supervisor, Conviction Integrity Unit
Office of the District Attorney
Three South Penn Square
Philadelphia, Pennsylvania 19107
(215) 686-8000