UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-2531

Johnson v. Superintendent Mahanoy SCI

To:     Clerk

1) Motion by Appellee Pennsylvania Office of Attorney General to Participate as Amicus Curiae on the Merits

2) Response by Appellee District Attorney Philadelphia in Opposition to Motion to Participate as Amicus Curiae

3) Response by Appellant Kevin F. Johnson to Pennsylvania Office of Attorney General's Motion to Participate as Amicus Curiae

4) Motion by Appellee Pennsylvania Office of Attorney General to File Reply to Appellee District Attorney Philadelphia's Opposition to Amicus Participation by Pennsylvania Office of Attorney General, with reply attached

The foregoing motions and responses are referred to a motions panel. Briefing is stayed pending disposition of the motion.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: July 1, 2024
PDB/cc: All Counsel of Record