UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

───────────────────────

No. 23-2531

───────────────────────

KEVIN F. JOHNSON,     Appellant,

v.

SUPERINTENDENT MAHANOY SCI, et al.,     Appellees.

### MOTION TO FILE RESPONSE TO PETITION FOR REHEARING EN BANC

Appellees respectfully request that this Court grant permission to file the attached response in support of the petition for rehearing en banc, for the following reasons.

1. In this case, Appellees agreed with Appellant that this Court should vacate the district court's judgment and remand for further proceedings. The Court appointed the Pennsylvania Attorney General to act as *amicus*. The Attorney General defended the judgment below.

2. On July 14, 2025, a panel of this Court affirmed the decision of the district court. *See Johnson v. Mahanoy*, 144 F.4th 178 (3d Cir. 2025).

3. On September 11, 2025, Appellant filed a petition for rehearing en banc. ECF No. 113. Three *amicus* briefs have been submitted in support of the petition. *See* ECF No. 115-2 (brief of Fair and Just Prosecution); ECF No. 116-2 (brief of The Innocence Network); ECF No. 119 (brief of National Association of Criminal Defense Lawyers and Pennsylvania Association of Criminal Defense Lawyers).

4. Appellees respectfully request permission to file the attached response in support of the petition for rehearing en banc. For the reasons explained in the response, Appellees agree with Appellant that the panel's decision conflicts with a decision of the United States Supreme Court. *See* Fed. R. App. P. 40(b)(2)(B).

5. The general rule is that, "[u]nless the court so requests, no response to the petition is permitted." *See* Fed. R. App. P. 40(d)(4). However, this is an unusual case in which the Appellees are (1) technically the prevailing party, but (2) aggrieved by the panel's decision. Because the panel opinion effectively rules against both Appellant

and Appellees, Appellees believe it would benefit the Court to hear their perspective as to why rehearing en banc is warranted.[1]

For these reasons, Appellees respectfully request that this Court grant permission to file the attached response in support of the petition for rehearing en banc.

          Respectfully submitted,

          LAWRENCE S. KRASNER
          District Attorney of Philadelphia

          /s/
          KATHERINE ERNST
          Supervisor, Law Division
          Philadelphia District Attorney's Office
          Three South Penn Square
          Philadelphia, PA 19107
          Katherine.Ernst@phila.gov
          (215) 686-8000

          DAVID J. NAPIORSKI
          Assistant Supervisor, Law Division
          JESSICA ATTIE GURVICH
          Interim Supervisor,
          Conviction Integrity Unit
          PETER F. ANDREWS
          Supervisor, Federal Litigation Unit

---

[1] Should the Court view this response as not authorized by Fed. R. App. P. 40(d)(4), Appellees respectfully request that the attached response be accepted as an out-of-time *amicus* brief in support of the petition for rehearing en banc. *See* Fed. R. App. P. 40(b)(2).

## CERTIFICATE OF COMPLIANCE WITH RULE 27(d)

I HEREBY CERTIFY pursuant to Fed. R. App. P. 32(g) that this motion contains 352 words, and therefore complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A). This motion has been prepared in 14-point Century Schoolbook, a proportionally spaced typeface.

/s/
KATHERINE ERNST
Supervisor, Law Division

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused a copy of the foregoing motion to be served by electronic means, through the Court's CM/ECF system, upon all counsel of record on this 22th day of September, 2025.

/s/
KATHERINE ERNST
Supervisor, Law Division