UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 23-2531

———————

KEVIN F. JOHNSON,
　　　　　　　　　　　Appellant

v.

SUPERINTENDENT MAHANOY SCI;
DISTRICT ATTORNEY PHILADELPHIA

———————

(D.C. No. 2:13-cv-03197)

———————

SUR PETITION FOR REHEARING

———————

Present:　　CHAGARES, *Chief Judge*, and HARDIMAN, SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, MONTGOMERY-REEVES, CHUNG, BOVE and ROTH,* *Circuit Judges*

　　The petition for rehearing filed by Appellant in the above-captioned case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc is **DENIED**.

　　　　　　　　　　　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　s/Stephanos Bibas
　　　　　　　　　　　　　　　　　Circuit Judge

———————

* Judge Roth's vote is limited to panel rehearing only.

Dated: September 30, 2025
PDB/cc: All Counsel of Record