UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 23-2531
_____

KEVIN F. JOHNSON,
    Appellant

v.

SUPERINTENDENT MAHANOY SCI;
DISTRICT ATTORNEY OF PHILADELPHIA

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2:13-cv-03197)
District Judge: Hon. Eduardo C. Robreno (Ret.)

_____

Argued: December 11, 2024

Before: BIBAS, CHUNG, and ROTH, *Circuit Judges*

_____

JUDGMENT

_____

This cause came to be considered on the record from the U.S. District Court for the Eastern District of Pennsylvania and was argued on December 11, 2024.

On consideration whereof, it is now **ORDERED** and **ADJUDGED** that the District Court's judgment entered on July 24, 2023, is hereby **AFFIRMED**. Costs will not be taxed. All of the above in accordance with the Opinion of this Court.

ATTEST:

Dated: July 14, 2025

s/ Patricia S. Dodszuweit
Clerk

Certified as a true copy and issued in lieu of a formal mandate on October 8, 2025

Teste: *[signature]*

**Clerk, U.S. Court of Appeals for the Third Circuit**